# United States District Court Of Chancery
# In the Republic of Minnesota

Zar EL Javon-Martise Thomas Bey

Plaintiff(s).

v.

STATE OF MINNESOTA COUNTY OF ANOKA, Susanne Brown, Brenda S R Sund
Defendant.

**Pure and Concise Bill in Equity In Court of Chancery**

RECEIVED
SEP 29 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

22-cv-2413 MJD/LIB

---

<u>Bill in Equity, Demanding Equitable Relief</u>
<u>STATEMENT OF FACTS/</u>

I Zar EL Javon-Martise Thomas Bey in Propria Persona respectfully brings this Pure and Concise True Bill in Equity before this united states district Court Of Chancery in The Republic of Minnesota.

I Zar EL Javon-Martise Thomas Bey Am the Living Breathing Soul in Full Life. In accordance with the constitution, United, Nations International Treaty on Human Rights. Geneva Convention and Treaty Of Peace and Friendship. This Courts Officers must recognize Claiments Status as an American National as stated in Article 4 of the 1836 Treaty Of Peace and Friendship With the Moroccan Empire and in the Constitution Article 6, that Treaties shall be the Law of the Land. Article 4 states that a Vessel shall give a signal and the Vessel and its cargo shall pass unmolested. Claimant Zar EL Javon-Martise Thomas Bey has demonstrated his status as a Moorish American National Living Breathing Soul.

1. On June 1 6th 2022 Zar EL Javon-Martise Thomas Bey was unlawfully interrogated, detained, arrested and incarcerated as a result of the actions of the Spring Lake Police Officers serving an unlawful warrant against Mr. Thomas Bey.

2. Mr. Thomas Bey was told during interrogation by Spring Lake Police that the aforementioned warrant bearing his name was said to be for "Fleeing a Police Officer in a Motor Vehicle ", from November 20th. 2020.

3. Mr. Thomas Bey informed the Police Officers that he did not have a warrant out of Anoka County because he just spoke with a County Of Anoka Administrating Supervisor on June 13th via Phone for 45 minutes regarding any and all claims against Zar EL Thomas Bey in the County of Anoka, at which time Mr. Thomas Bey set up a hearing for the only claim in question at the time which was a supposed traffic violation for "proof of Insurance .

4. While being held unlawfully in the County Of Anoka jail Mr. Thomas Bey was informed by detaining agents in Anoka County Jail that the warrant was now for "Missing April 4th Pretrial Court hearing" For Case No CR-21-1434.

5. The allegations of this case was contested by Mr. Thomas Bey with the question of Jurisdiction to the County Of Anoka Courthouse on June 24th 2021 after being detained and incarcerated on June 23rd 2021 due to a warrant for this claim

6. Mr. Thomas Bey attended three rescheduled Omnibus Hearings for said case and challenged the court jurisdiction at every hearing, until a jurisdictional hearing was held on December 27th 2021 in the county of Anoka
Courthouse in front of Judge Susanne Brown and Assistant Prosecutor Brenda S. R Sund.

7. Mr. Thomas Bey Presented all necessary documentation to the Anoka County Courts in support of his Moorish American National Status; **Private**, not a Corporation of The STATE of MINNESOTA, Possessing Free-hold by inheritance and Primogeniture Status

being descendent from the Empire Al-Moroccans/Mauritanians/Amen-Ra-Kans/Amerikans, American by Right of Blood, jus sanguinis. as of January 7th for the courts review.

8. As of January 7th 2022 all Documents, Affidavits, and Notice of Mr. Thomas Bey's Maurish American National Status were presented to support his Jurisdictional Challenge to the county of Anoka Courthouse, Notice was given to Principle which gives Notice to Agents.

9. Mr. Thomas Bey never received any response from the County Of Anoka Courthouse after January 7th this means neither the defendant in this action nor the defending Counsel in this matter received Notice of and response on the jurisdictional question to the courts or Notification of the April 2022 Pre-Trial scheduling for case No. (JR-21-1434.

10. All other notices for action on case No CR-21-1434 were sent to Mr. Thomas Bey's residence WITHOUT ISSUE.

11. Mr. Thomas Bey was told by Agents of the county of Anoka Courthouse that the warrant that was served on him was signed by Judge Suzanne Brown, same judge presiding over case No/ CR-21-1434, on April 7th 2022.

12. Mr. Thomas Knows this claim of the warrant being issued in April 2022 to be false based on the 45 min conversation he had on June 13th 2022 via phone with Anoka County Administrator pertaining to any claims against Mr. Thomas Bey coming out of Anoka County, at which point Mr. Thomas Bey set up a hearing for the "Proof Of Insurance" claim showing out of Anoka County records.

13. Secondly Mr. Thomas Bey Had a C.R.A (Credit Reporting Agency) Do a recent nationwide background report May 27th 2022 and I received it June 7th 2022. The County of Anoka records is included in this search. The results DO NOT show any warrant pending or missed court hearing back from April 2022.

14. Mr. Thomas Bey was intentionally, unlawful detained, kidnapped and falsely imprisoned under false presence of an unlawful warrant. Mr. Thomas Bey has been subject to malicious Prosecution based on alleged charges initiated by this courthouse with intent to gain parity with private entity and syphon funds from Trust acct: ss# - - - - - 7885 without reasonable and probable grounds to do so, showing malice intent. THE ANOKA COUNTY COURTHOUSE Nor does THE STATE OF MINNESOTA does not possess or hold any legal claims over Zar EL Javon-Martise Thomas Bey or any of his property. Mr. Thomas Bey has granted No Authority or Jurisdiction to this corporate entity therefor, No Agent or Officer of The ANOKA COUNTY COURTHOUSE corporation can produce a VALID claim , PROPER contract or obligating for Mr. Thomas Bey to perform or uphold.

## RELIEF

<u>Damages and Injuries include: UNLAWFUL DETENTION, FALSE ARREST AND IMPRISIONMENT, KIDNAPPING, HARRASMENT, COERCION, and AND DURESS TO COMPLY UNDER TREAT OF DICIPLINARY ACTION AND PHYSICAL HARM.</u>

Compensation for such injuries AND BREAK DOWN OF RELIEF REQUESTED
Are as follow:

1. UMLAWFUL DETENTION = $700.000
    a. $25,000 per hours held, Mr. Thomas Bey was held for 28 hrs.
    b. The total of this amount is to be paid from the personal income of Ms. Susanne Brown. If this is not done as requested. Mr. Thomas Bey will seek to take possession of Mrs. Browns Bond and remove her from her public position.

2. FALSE ARREST / IMPRISONMENT = $75,000

3. KIDNAPPING / HARASSMENT = $75.000

4. COERCION / DURESS TO COMPLY = $25,000

These injuries and damages are true and correct.

The actions by Anoka County Courthouse in this matter was a direct obstruction of justice as it relates to Mr. Thomas Bey, the U.S Constitution as well as the Minnesota State Constitution Pertaining to the State judges Oath Of Office that entails there agreement to uphold The Federal Constitution I Zar EL Javon-Martise Thomas Bey has never knowingly, willingly or intentionally entered into any contract with the STATE OF MINNESOTA concerning this marrage. ".*want of jurisdiction may not be cured by consent parties"* – **Industrial Addition Association v. C.I.R**

## CONCLUSION

I Zar EL Javon-Martise Thomas Bey I am the Grantor/beneficiary of the trust Now established

Suzanne Brown and Brenda S R Sund who are the primary defendants in this matter are employees of the STATE of MINNESOTA and are guilty of, *"violating Substantive Rights"*- **Owens v. Cullen**

*"The right of an individual to travel upon the public highways and to transport his property thereon, either by carriage or automobile is not a mere privilege which a city may prohibit or permit at will but a common right which he/she has under the right of life, liberty, and the pursuit of happiness"* **Slasher v. Safety Tran.**

The unlawful intrusion of personal privacy, illegal incarceration and, the unlawful enrichment of the County Of Anoka by the creation of bonds under the Noble and Private name of Zar EL Javon-Martrise Thomas Bey is an unlawful act.

This Public Corporation is attempting to attain parity with the private entity Zar EL Javon-Martise Thomas Bey which is unlawful. **Aequitas sequiter legem,**
***'Equity can not alter the law of the land'.***

Zar EL Javon-Martise Thomas Bey is a Maurish American National. Mr. Thomas Bey has never on any of his issued documentation pertaining to his nationality, claimed the status of Sovereign Citizen. Mr. Thomas Bey is a Moorish American National Descendent of Ibn Ishmael Mohamed of the House of EL and an Algonquin original of the Lenape Tribe.
Mr. Thomas Bey is in Proper Person in status and no form of illegal bullying, kidnapping, illegal detention or, coercion will change this.

    I Zar EL Javon-Martise Thomas Bey declare that the forgoing is true and correct to the best of my knowledge.

Signed 28th_Day of September 2022

*[signature]*
Zar EL Javon-Martise Thonas Bey
Plaintiff

OLUGBENGA WAMDE TAIWO
Notary Public
State of Minnesota
My Commission Expires
January 31, 2025

*[signature]*
Notary